UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 10-6259 DSF (JCGx) | Date | 10/19/11 |
|---|---|---|---|
| Title | Joe Velasquez v. Credit Collection Services, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order to Show Cause re Dismissal for Failure to Prosecute and Failure to Comply with Court Order

   On February 22, 2011, this Court issued its Order re Jury Trial, which, among other things, set October 17, 2011 as the last day to conduct a settlement conference. (Docket 7.)  Plaintiff's counsel filed a Motion to Withdraw as Counsel on August 5, 2011.  Counsel stated she was moving to withdraw "because the Plaintiff has ceased to communicate with me, and has refused to participate in the litigation."  (Docket 14.)  No opposition was filed.  The Court did not receive any pleadings or communications from Plaintiff.

   The Court granted the motion on certain conditions, including that moving counsel file and serve – on the client and all attorneys of record – a declaration (in the form specified in 28 U.S.C. § 1746) that, inter alia: "(3) Informs the client of all future dates now set in this action, including, but not limited to, pre-trial conference related dates, discovery cut-off dates, the motion cut-off date, and dates relating to any pending discovery obligations."  (Docket 20.)  The Declaration - which specifically listed the date, time and location of the scheduled mediation, and the mediation cutoff date - was filed September 19, 2011.  (Docket 21.)

   Plaintiff failed to appear for the settlement conference, and failed to communicate with the attorney settlement officer despite her attempts to reach him by telephone to confirm his attendance.  (See Docket 22.)  The deadline for holding a settlement

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

conference/mediation has now passed and there is no evidence Plaintiff has made any effort to comply with the Court's order to participate in such a conference.

Plaintiff is ordered to show cause in writing no later than November 7 why this action should not be dismissed for failure to prosecute this action and for failure to comply with this Court's order.  Failure to respond in writing by that date will result in dismissal without prejudice.

IT IS SO ORDERED.